AARON HOROWITZ, Respondent, v. SOPHIE COHEN, as Administratrix, etc., Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of WILLIAM HARMAN BLACK, Respondent, to Examine in Proceedings Supplementary to Execution DANIEL J. SULLY, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of the BROOKLYN GRADE CROSSING COMMISSION, etc.; NEWKIRK AVENUE, etc.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Petition of the BROOKLYN UNION ELEVATED RAILROAD COMPANY, Plaintiff, Relative to Acquiring Title, etc.     Parcel No. 1141 Fulton Street.     HENRY B. SPENCER, Appellant, and Others, Defendants.— Appeal dismissed, without costs.     Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of the Application of JOHN F. ROGERS for a Peremptory Writ of Mandamus, etc.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of Opening of SARATOGA AVENUE etc., CHESTER STREET, etc. THE NEW YORK, BROOKLYN AND MANHATTAN BEACH RAILWAY COMPANY and Another, Appellants, v. THE CITY OF NEW YORK, Respondent.— Appeal dismissed, without costs.     Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of Proceedings Supplementary to Execution: FREDERICK B. SUYDAM, as Executor, etc., Appellant, v. THOMAS B. PENTON, JR., Impleaded, etc., Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

In the Matter of Proceedings Supplementary to Execution: TILLIE WOLK, Respondent, v. JENNIE LANGER, Respondent, and JAMES J. HARVEY, Receiver, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

DAVID KANTROWITZ, Appellant, v. THE PRESS PUBLISHING COMPANY, Respondent.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

KNICKERBOCKER TRUST COMPANY, as Trustee, Respondent, v. TARRYTOWN, WHITE PLAINS AND MAMARONECK RAILWAY COMPANY and Others, Defendants.     VILLAGE OF MAMARONECK, Appellant.— Appeal dismissed, without costs.     Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ROBERT KREUSCH, Respondent, v. WERTHER & RAUSCH COMPANY, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ABRAHAM LEVY, Respondent, v. LOUIS ROSENBERG and Others, Appellants.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.